## Gancsos *v.* Reserve Life Insurance Company of Dallas, Texas, Appellant.

Argued November 15, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*William C. Kuhn,* with him *Phillip E. Brockway,* and *Brockway & Brockway,* for appellant.

*Albert E. Acker,* with him *Wiesen, Cusick, Madden, Joyce, Acker and McKay,* for appellees.

OPINION PER CURIAM, December 14, 1960:

The judgment of the court below is affirmed on the opinion of President Judge RODGERS, of the Court of Common Pleas of Mercer County, as reported in 22 Pa. D. & C. 2d 529.